```
Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>        Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>        Defendants. | CASE NO. C08-00548 EMC ADR<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>**STIPULATION TO DISMISS ACTION AGAINST REGENTS OF THE UNIVERSITY OF CALIFORNIA AND PROPOSED ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED TO by and between Plaintiff, DANA LEMANSKI and Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA ("UC Regents"), that these two parties have entered into a settlement whereby Plaintiff agrees to dismiss his entire complaint as it regards Defendant UC Regents. Both sides have agreed to bear their own costs. Plaintiff and Defendant UC Regents therefore jointly request that the Court order a dismissal of Plaintiff's action against Defendant UC Regents with prejudice.

///

///

| | | |
|---|---|---|
| 1 | DATED: March 5, 2008 | SMITH, CHAPMAN & CAMPBELL<br>A Professional Law Corporation |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | WILLIAM D. CHAPMAN<br>ROBERT J. HADLOCK, Attorneys for |
| 5 | | Plaintiff, DANA LEMANSKI |
| 6 | DATED: March 5, 2008 | GORDON & REES, LLP |
| 7 | | |
| 8 | | *[signature]* |
| 9 | | MICHAEL A. LAURENSON, Attorneys for<br>Defendant REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that the First Amended Complaint of Plaintiff, DANA LEMANSKI against Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, and no other Defendant, is hereby dismissed with prejudice. Each party is to bear its own costs.

Dated: March 6, 2008

Honorable Edward M. Chen
Magistrate Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]*

```
Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>　　　　Defendants. | CASE NO. C08-00548 EMC<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>CERTIFICATE OF SERVICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

    On March 5, 2008, I served the foregoing document described as PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS on the interested parties in this action.

[x]    by placing the true copies thereof enclosed in sealed envelopes addressed to:

| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |
|---|---|

[ ]    by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]    **(BY PERSONAL SERVICE)**
    I caused for personal delivery of envelope by hand.

[x]    **(BY MAIL)**

    [ ]    I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
    [x]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY FACSIMILE and/or EMAIL)** I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **March 5, 2008** before 5:00 p.m.

[ ]    **(BY OVERNIGHT COURIER)**
**I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

[X] By **ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: March 5, 2008

_____
Dolores Cerecedes

2